**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.  09-77808-BEM |
| | * | |
| JOHNNY DAVIS, JR., | * | |
| AND | * | CHAPTER: 13 |
| ELECTRA ANITA DAVIS | * | |
| | * | |
| | * | |
| DEBTORS. | * | |

**NOTICE OF FILING**

Pursuant to Rule 1009 F. R. Bankr. P., notice is hereby given that, the Debtor filed an

amended pleading in the above-styled case, amending the following; Amend Chapter 13

Schedule F, Summary of Schedules and Statistical Summary to add creditors Axis Diagnostics,

Ear, Nose & Throat, Emerginet Henry, Halsted Financial Services, Henry Anesthesia Associates,

Henry County Radiology, South Atlanta Rad Associates, Southern Gastroenterology and Total

Card.

Respectfully submitted,

By:    /s/ _____

Elsa Rodriguez
Attorney for Debtor
GA Bar No. 611407

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222
Fax (770)220-0685

*/jas*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 09-77808-BEM |
| | * | |
| JOHNNY DAVIS, JR., | * | |
| AND | * | CHAPTER: 13 |
| ELECTRA ANITA DAVIS | * | |
| | * | |
| | * | |
| DEBTORS. | * | |

### CERTIFICATE OF SERVICE

I certify that I served the Debtor with a true and correct copy of the "Amend Chapter 13 Schedule F, Summary of Schedules and Statistical Summary."

I further certify that, by agreement of the parties, Mary Ida Townson - Chapter 13 Trustee, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

This further certifies that, pursuant to BLR Rule 9007-2 (d) NDGA, in the same manner as stated above, I served the following parties with the notice of filing, all notices and pleadings previously sent to all creditors whether such notices were served by the debtor, the Bankruptcy Clerk, or any other party in interest.

Axis Diagnostics
Dept. 703
PO Box 4346
Houston, TX 77210

Emerginet Henry
PO Box 116841
Atlanta, GA 30368

Henry Anesthesia Associates
PO Box 102966
Atlanta, GA 30368

Southern Gastroenterology
4865 Bill Garnder Parkway
Locust Grove, GA 30248

Halstad Financial Services
PO Box 828
Skokie, IL 60076

Ear, Nose & Throat
1240 Hwy 54 West
Bldg. 700, Suite 710
Fayetteville, GA 30214

South Atlanta Rad Associates
PO Box 371863
Pittsburgh, PA 15250

Total Card,Inc
PO Box 89725
Sioux Falls, SD 57109

*/jas*

Henry County Radiology
PO Box 15250
Stockbridge, GA 30281

Dated: 1/27/2017

/s/

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222
Fax (770)220-0685

Elsa Rodriguez
Attorney for Debtor
GA Bar No. 611407

*/jas*

B6F (Official Form 6F) (12/07)

In re    **Johnny Davis, Jr,**
    **Electra Anita Davis**

                                          ,
Debtors

Case No. ___**09-77808**_____

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2531** <br><br> **American Honda Finance** <br> **P. O. Box 168088** <br> **Irving, TX 75016** | | J | **Auto Deficiency** | | | | 20,889.00 |
| Account No. <br><br> **Axis Diagnostics** <br> **Dept 703** <br> **PO BOX 4346** <br> **Houston, TX 77210** | | J | **medical** | | | | 2,859.00 |
| Account No. **5606** <br><br> **Bank of America** <br> **P. O. Box 26012** <br> **Greensboro, NC 27410** | | J | **Credit Card** | | | | 656.00 |
| Account No. **8017** <br><br> **Barclays Bank Delaware** <br> **Attn: Customer Support Dept.** <br> **P. O. Box 8833** <br> **Wilmington, DE 19899** | | J | **Credit Card** | | | | 3,986.00 |

___**8**___  continuation sheets attached

Subtotal
(Total of this page)

28,390.00

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com

S/N:36359-170110    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Johnny Davis, Jr,**
      **Electra Anita Davis**
                                       ,
                              Debtors

Case No. **09-77808**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bay Area Credit Services** <br>**Po Box 467600** <br>**Atlanta, GA 31146** | | J | **American Medicdal Response** | | | | 871.00 |
| Account No. <br><br>**Best Pass** <br>**828 Washington Avenue** <br>**Albany, NY 12203** | | J | **Collections** | | | | 2,000.00 |
| Account No. <br><br>**Bureau of Medical Economics** <br>**Legal Dept/Bankruptcy** <br>**326 E. Coronado Rd** <br>**Phoenix, AZ 85004** | | J | **Medical Services** | | | | 1,434.00 |
| Account No. **4695** <br><br>**Capital One** <br>**Attn: TSYS Debt Management** <br>**P. O. Box 5155** <br>**Norcross, GA 30091** | | J | **Credit Card** | | | | 3,669.00 |
| Account No. **xxxx/1028** <br><br>**Chase** <br>**800 Brooksedge Blvd.** <br>**Westerville, OH 43081** | | J | **Credit Card** | | | | 5,723.00 |

Sheet no. __**1**___ of __**8**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,697.00**

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Johnny Davis, Jr,**
     **Electra Anita Davis**
                                                   ,
                                                            Debtors

Case No. ____**09-77808**____

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of Santa Monica<br>PO Box 515214<br>Los Angeles, CA 90051** | | J | **Collections** | | | | 154.00 |
| Account No.<br><br>**Dental  One<br>600 West Peachtree<br>Atlanta, GA 30308** | | J | **Medical Services** | | | | 62.00 |
| Account No.<br><br>**Ear,Nose, & Throat<br>1240 Hwy 54 West<br>Building 700, Suite 710<br>Fayetteville, GA 30214** | | J | **Medical** | | | | 25.00 |
| Account No.<br><br>**Emerginet Henry<br>PO BOX 116841<br>Atlanta, GA 30368** | | J | **Medical, multiple accounts** | | | | 935.00 |
| Account No.<br><br>**Emerginet SRMC, LLC<br>P.O. Box 56225<br>Atlanta, GA 30343** | | J | **Medical Services<br>  Multiple Accounts** | | | | 1,294.00 |

Sheet no. __**2**___ of __**8**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,470.00

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Johnny Davis, Jr,**
**Electra Anita Davis**

Case No. **09-77808**

,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Fayetteville Dental Group**<br>**141 Banks station**<br>**Fayetteville, GA 30214** | | J | **Medical Services** | | | | 900.00 |
| Account No. **xxx6650**<br><br>**Fedex Employees Credit Association**<br>**2124 Democrat Road**<br>**Memphis, TN 38132** | | J | **Auto Deficiency** | | | | 18,404.00 |
| Account No. **xxxx/xxxx/0001**<br><br>**Fedex Employees Credit Union**<br>**2124 Democrat Road**<br>**Memphis, TN 38132** | | J | **Loan**<br>   **Multiple Accounts** | | | | 15,541.00 |
| Account No. **9685**<br><br>**Fedex Employees Credit Union**<br>**2124 Democrat Road**<br>**Memphis, TN 38132** | | J | **Credit Card** | | | | 5,917.00 |
| Account No. <br><br>**GA Reg Hosp at Atlanta**<br>**3073 Panthersville Rd**<br>**Decatur, GA 30034** | | J | **Medical Services** | | | | 136.00 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 40,898.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Johnny Davis, Jr,**                                          Case No. ___**09-77808**_____
          **Electra Anita Davis**
_____,
                              Debtors
**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1146**<br><br>**Gemb/Lowe's**<br>**P.O. Box 103106**<br>**Roswell, GA 30076-9080** | | J | **Credit Card** | | | | 152.00 |
| Account No.<br><br>**Georgia Department of Behavioral Health & Development**<br>**3073 Pantherville Rd**<br>**Decatur, GA 30034-3828** | | J | **Medical Services** | | | | 136.00 |
| Account No.<br><br>**Halsted Financial Services**<br>**PO Box 828**<br>**Skokie, IL 60076** | | J | **Southern Regional Health** | | | | 1,379.00 |
| Account No.<br><br>**Henry Anesthesia Associates**<br>**PO BOX 102966**<br>**Atlanta, GA 30368** | | J | **Medical** | | | | 111.00 |
| Account No.<br><br>**Henry County Radiology**<br>**PO Box 15250**<br>**Stockbridge, GA 30281** | | J | **Medical** | | | | 32.00 |

Sheet no. __**4**___ of __**8**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,810.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Johnny Davis, Jr,**                                          Case No. ___**09-77808**_____
       **Electra Anita Davis**

_____,
                             Debtors
# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2719** <br><br> **HSBC Bank** <br> **c/o Direct Merchants Bank** <br> **P. O. Box 5246** <br> **Carol Stream, IL 60197** | | J | **Credit Card** | | | | 1,004.00 |
| Account No. **2602** <br><br> **HSBC Bank** <br> **P. O. Box 5253** <br> **Carol Stream, IL 60197** | | J | **Credit Card** | | | | 741.00 |
| Account No. **8101** <br><br> **Lendmark Financial Services** <br> **875 Flat Shoals Road** <br> **Conyers, GA 30094** | | J | **Account** | | | | 12,665.00 |
| Account No. <br><br> **Linebarger Goggan Blair &Sampson, LLC** <br> **233 Wacker Drive** <br> **Chicago, IL 60601** | | J | **Collections** | | | | 100.00 |
| Account No. <br><br> **LTD Financial services, LP** <br> **7322 Southwest Freeway** <br> **Suite 1600** <br> **Houston, TX 77074** | | J | **Collections** | | | | 2,299.00 |

Sheet no. __**5**___ of __**8**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal
(Total of this page)     **16,809.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Johnny Davis, Jr,**
**Electra Anita Davis**

Case No.     **09-77808**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Medical Diag Imaging- YUMA**<br>**Po Box 27340**<br>**Phoenix, AZ 85061-7340** | | J | **Medical Services**<br>   **Multiple Accounts** | | | | 2,000.00 |
| Account No. <br><br>**Medical Recovery Services LLC**<br>**PO Box 10**<br>**Lowndesboro, AL 36752** | | J | **Collections** | | | | 698.52 |
| Account No. <br><br>**Metro Ambulance Services, Inc**<br>**Po Box 198408**<br>**Atlanta, GA 30384-8408** | | J | **Medical Services** | | | | 855.00 |
| Account No. <br><br>**Optimal Readings Prefessional Services**<br>**75 Remittance Dr DPT 6349**<br>**Chicago, IL 60675-6349** | | J | **Medical Services** | | | | 49.00 |
| Account No. <br><br>**Resurgens Orthopeadics**<br>**Po Box 720580**<br>**Atlanta, GA 30358-2580** | | J | **Medical Services** | | | | 396.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,998.52

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re      **Johnny Davis, Jr,**
           **Electra Anita Davis**
                                                                    Case No. _____**09-77808**_____

_____,
                        Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0915** <br><br> **Sallie Mae** <br> **P.O. Box 4600** <br> **Wilkes Barre, PA 18773** | | J | **Student Loan** | | | | 35,240.00 |
| Account No. <br><br> **South Atlanta Pediatrics, PA** <br> **251 Medical Way** <br> **Suite A** <br> **Riverdale, GA 30274-2522** | | J | **Medical Services** | | | | 310.00 |
| Account No. <br><br> **South Atlanta Rad Accociates** <br> **PO BOX 371863** <br> **Pittsburgh, PA 15250** | | J | **Medical** | | | | 29.00 |
| Account No. <br><br> **Southern Gastroenterology** <br> **4865 Bill Garnder Parkway** <br> **Locust Grove, GA 30248** | | J | **medical** | | | | 1,320.00 |
| Account No. <br><br> **Southern Regional** <br> **Payment Processing Center** <br> **PO Box 62328** <br> **Baltimore, MD 21264-2328** | | J | **Medical Services** <br> **Multiple Account** | | | | 3,204.00 |

Sheet no. __**7**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **40,103.00**

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Johnny Davis, Jr,**
     **Electra Anita Davis**
                                                      ,

Case No. **09-77808**

Debtors

**AMENDED**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Southwest Emergency Phys** <br> **Po Box 660969** <br> **Arcadia, CA 91066-0969** | | J | **Medical Services** | | | | 646.00 |
| Account No. <br><br> **Total Card, Inc.** <br> **PO Box 89725** <br> **Sioux Falls, SD 57109** | | J | **Southern Regional** | | | | 1,348.00 |
| Account No. <br><br> **Wells Fargo** <br> **P.O. Box 6412** <br> **Carol Stream, IL 60197** | | J | **account** | | | | 4,913.00 |
| Account No. <br><br> **YUMA Regional Medical Center** <br> **Po Box 650534** <br> **Dallas, TX 75265-0534** | | J | **Medical Services** | | | | 22,233.00 |
| Account No. <br><br> | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 29,140.00 |
| Total <br> (Report on Summary of Schedules) | 177,315.52 |

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

In re    **Johnny Davis, Jr,**
        **Electra Anita Davis**

                                       ,
                       Debtors

Case No. __**09-77808**__

Chapter _____**13**_____

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 140,000.00 | | |
| B - Personal Property | Yes | 3 | 23,103.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 163,450.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 4,990.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 177,315.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 11,039.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 10,187.00 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 163,103.00 | | |
| Total Liabilities | | | | 345,755.52 | |

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Form 6 - Statistical Summary (12/07)**

.

# United States Bankruptcy Court
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

In re    **Johnny Davis, Jr,**
       **Electra Anita Davis**

Case No. ___**09-77808**___

_____ ,
                                    Debtors

Chapter _____**13**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 4,990.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 35,240.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 40,230.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 11,039.00 |
| Average Expenses (from Schedule J, Line 18) | 10,187.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,932.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 7,650.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 4,990.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 177,315.52 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 184,965.52 |

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                                                    *    CASE NO. 09-77808-BEM
                                                         *
JOHNNY DAVIS, JR.,                                       *
AND                                                      *    CHAPTER: 13
ELECTRA ANITA DAVIS                                      *
                                                         *
                                                         *
            DEBTORS.                                     *

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

We, Johnny Davis, Jr. and Electra Anita Davis, hereby certify under penalty of perjury

that the attached pleading is true and correct to the best of our information and belief.


Date       January 26, 2017


Signed     /s/_____

           Johnny Davis, Jr.


Date       January 26, 2017


Signed     /s/_____

           Electra Anita Davis


*/jas*

## SUPPLEMENTARY MATRIX

Axis Diagnostics
Dept. 703
PO Box 4346
Houston, TX 77210

Emerginet Henry
PO Box 116841
Atlanta, GA 30368

Henry Anesthesia Associates
PO Box 102966
Atlanta, GA 30368

Southern Gastroenterology
4865 Bill Garnder Parkway
Locust Grove, GA 30248

Halstad Financial Services
PO Box 828
Skokie, IL 60076

Ear, Nose & Throat
1240 Hwy 54 West
Bldg. 700, Suite 710
Fayetteville, GA 30214

South Atlanta Rad Associates
PO Box 371863
Pittsburgh, PA 15250

Total Card,Inc
PO Box 89725
Sioux Falls, SD 57109

Henry County Radiology
PO Box 15250
Stockbridge, GA 30281

/jas