UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| JOHNNY DAVIS, JR. | ) | |
| ELECTRA ANITA DAVIS | ) | CASE NO. A09-77808-BEM |
| | ) | |
| DEBTOR(S) | ) | |

## WITHDRAWAL OF TRUSTEE'S FINAL REPORT

COMES NOW MARY IDA TOWNSON, TRUSTEE, and withdraws the final report heretofore filed by the Trustee.

/S/
MARY IDA TOWNSON, TRUSTEE
State Bar No. 715063
191 PEACHTREE STREET, SUITE 2200
ATLANTA, GA 30303
(404) 525-1110

# CERTIFICATE OF SERVICE

A09-77808-BEM

This is to Certify that I have this day served

    DEBTOR:
    JOHNNY DAVIS, JR.
    8571 GUTHRIE DRIVE
    RIVERDALE, GA  30274

    DEBTOR:
    ELECTRA ANITA DAVIS
    8571 GUTHRIE DRIVE
    RIVERDALE, GA  30274

    ATTORNEY FOR DEBTOR(S):
    CLARK & WASHINGTON
    3300 NORTHEAST EXPRESSWAY
    BUILDING 3, SUITE A
    ATLANTA, GA  30341

in the foregoing matter with a copy of this pleading by depositing in the United States Mail

a copy of same in a properly addressed envelope with adequate postage thereon.

DATED: 2/17/2017

                                                /s/
                                    MARY IDA TOWNSON, TRUSTEE
                                    State Bar No. 715063
                                    191 PEACHTREE STREET, SUITE 2200
                                    ATLANTA, GA  30303
                                    (404) 525-1110