# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | *  CASE NO.: 09-77808-BEM |
| | * |
| JOHNNY DAVIS, JR., | * |
| AND | *  CHAPTER: 13 |
| ELECTRA ANITA DAVIS, | * |
| | * |
| | * |
| DEBTORS. | * |

## MOTION TO INCUR DEBT

COMES NOW the Debtor in the above-styled Chapter 13 case, and through counsel, files this "Motion to Incur Debt" by showing to this Honorable Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1334, 151 and 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding as defined in 28 U.S.C. Section 157(b)(2)(D).

4.

The Debtor filed their petition for relief in the above-styled Chapter 13 case on July 8, 2009.

5.

The Debtors need to pay for past due and on-going living expenses as Debtor Husband is still not working and must incur debt to do so.

6.

The Debtor intends to borrow $10,000.00 against his expected settlement proceeds from Mark Siegal.  The debt would be paid back to Mr. Siegal from the settlement proceeds. Therefore there would not be any on going payments.

/jas

7.

The Debtor has been approved for such a loan (see loan documents attached). The Debtor shows that the loan will not jeopardize the Plan and is in the best interest of the estate and creditors and that such a loan will assist in the effectuation of the Debtor's financial reorganization.

WHEREFORE, Debtor prays:

(a) that this Motion be filed, read and considered;

(b) that this Motion be granted; and,

(c) that this Honorable Court grant such other and further relief as it deems just and proper.

                    Respectfully submitted,
                    Clark & Washington, LLC

                    /s/_____
                    Elsa Rodriguez
                    GA Bar No. 611407
                    Attorney for the Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222

/jas

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO.: 09-77808-BEM |
| | * |
| JOHNNY DAVIS, JR., | * |
| AND | * CHAPTER: 13 |
| ELECTRA ANITA DAVIS, | * |
| | * |
| | * |
| DEBTORS. | * |

## NOTICE OF HEARING ON MOTION TO INCUR DEBT

**PLEASE TAKE NOTICE** that the Debtors in the above-referenced matter filed an **"Motion"** seeking to borrow against settlement.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Court Room 1402 (14th Floor) of the US Courthouse, 75 Ted Turner, SW, Atlanta, GA 30303, at 11:00 AM, on June 27, 2017.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Dr, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Respectfully submitted,
Clark & Washington, LLC

/s/_____
Elsa Rodriguez
GA Bar No. 611407
Attorney for the Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222

*/jas*

## **CERTIFICATE OF SERVICE**

I certify that I served the Debtor with a true and correct copy of the within the and foregoing "Notice of Hearing on Motion to Incur Debt" and "Motion to Incur Debt" by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed as follows:

Johnny Davis, Jr.
Electra Anita Davis
8571 Guthrie Drive
Riverdale, GA 30274

I further certify that, by agreement of the parties, Mary Ida Townson - Chapter 13 Trustee, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

And, in the same manner I served the parties listed in the attached matrix with the "Notice of Hearing on Motion to Incur Debt" at the addresses indicated therein,

Dated   06/02/2017
/s/
Elsa Rodriguez, GA Bar No. 611407

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222

/jas

| | | |
|---|---|---|
| Candica,LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Midland Funding LLC by American InfoSource<br>PO Box 4457<br>Houston, TX 77210-4457 | Nationwide Advantage Mortgage<br>c/o McCalla Raymer, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Axis Diagnostics<br>Dept. 703<br>PO Box 4346<br>Houston, TX 77210-4346 |
| Bank of America<br>P. O. Box 26012<br>Greensboro, NC 27420-6012 | Barclays Bank Delaware<br>Attn: Customer Support Dept.<br>P. O. Box 8833<br>Wilmington, DE 19899-8833 | Bay Area Credit Services<br>PO Box 467600<br>Atlanta, GA 31146-7600 |
| Best Pass<br>828 Washington Avenue<br>Albany, NY 12203-1622 | Bureau of Medical Economics<br>Legal Dept/Bankruptcy<br>326 . Coronado Rd<br>Phoenix, AZ 85004-1524 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Chase<br>800 Brooksedge Blvd.<br>Westerville, OH 43081-2822 | Chase Bank USA NA<br>P.O. BOX 15145<br>Wilmington DE 19850-5145 | City of Santa Monica<br>P.O. Box 5151214<br>Los Angeles, CA 90051 |
| Dental One<br>600 West Peachtree Street<br>Atlanta, GA 30308-3613 | Ear, Nose & Throat<br>1240 Hwy 54 West<br>Bldg. 700, Suite 710<br>Fayetteville, GA 30214-4565 | Emerginet Henry<br>PO Box 116841<br>Atlanta, GA 30368-6841 |
| Emerginet SRMC, LLC<br>PO Box 56225<br>Atlanta, GA 30343-0225 | FEDEX Employees Credit Association<br>c/o Stone, Higgs & Drexler<br>200 Jefferson Ave., Ste 1000<br>Memphis, TN 38103-2391 | FIA Card Services NA<br>aka Bank of America<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| Fayetteville Dental Group<br>141 Banks Station<br>Fayetteville, GA 30214-7504 | Fedex Employees Credit Union<br>2124 Democrat Road<br>Memphis, TN 38132-1801 | GA Dept of Behavior Health & Dev Disabilities<br>Gregory A Bagley Esq<br>2 Peachtree St NW Ste 22-250<br>Atlanta  GA 30303-3141 |
| GA Reg Hosp at Atlanta<br>3073 Panthersville RD<br>Decatur, GA 30034-3828 | Gemb/Lowe's<br>P.O.  Box 103106<br>Roswell, GA 30076-9106 | Georgia Department of Behavioral Health & Dept<br>3073 Pantherville RD<br>Decatur, GA 30034-3828 |

/jas

GEORGIA DEPARTMENT OF
REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

HSBC Bank
P. O. Box 5253
Carol Stream, IL 60197-5253

HSBC Bank
c/o Direct Merchants Bank
P. O. Box 5246
Carol Stream, IL 60197-5246

Henry Anesthesia Associates
PO Box 102966
Atlanta, GA 30368-2966

Henry County Radiology
PO Box 15250
Stockbridge, GA 30281

IRS
401 W. Peachtree St., NW
Stop #334-D
Room 400
Atlanta, GA 30308

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JEFFERSON CAPITAL SYSTEMS
PO BOX 7999
SAINT CLOUD MN 56302-7999

LTD Financial Services, LP
7322 Southwest Freeway
Suite 1600
Houston, TX 77074-2134

Lendmark Financial Services
875 Flat Shoals Road
Conyers, GA 30094-6638

Linebarger Goggan Blair & Sampson,
233 Wacker Drive
Chicago, IL 60601-5104

McDonough General Surgery
366 Racetrack Road
McDonough, GA 30252-1022

Medcorp Billing Services
PMB 305
5200 Dallas Hwy, Suite 200
Powder Springs, GA 30127-6238

MEDICAL DIAGNOSTIC IMAGING
GROUP
PO BOX 17049
PHOENIX AZ 85011-0049

Medical Recovery Services, LLC
P.O. Box 10
Lowndesboro, Al 36752-0010

Metro Ambulance Services, Inc.
PO Box 198408
Atlanta, GA 30384-8408

Midland Funding LLC
by American InfoSource LP
PO Box 4457
Houston, TX  77210-4457

NSH Cips G
PO Box 935561
Atlanta, GA 31193-5561

Nationwide Advantage Mortgage Co
PO BOX 919000
Des Moines, IA 50391-5503

Nationwide Mortgage
7760 Office Plaza Dr.
West Des Moines, IA 50266-2336

Optimal Readings Professional
Services
75 Remittance Dr - DPT 6349
Chicago, IL 60675-6349

PRA Receivables Management, LLC
POB 41067
NORFOLK VA 23541-1067

Piedmont Healthcare
Solutions Center
Bldg. 2, 5th Floor
2727 Paces Ferry Rd SE
Atlanta, GA 30339-4053

Portfolio Investments II LLC
c/o Recovery Management Systems
Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

Receivable Management Group, Inc.
2901 University Ave
#29
Columbus, GA 31907-7601

Recovery Management Systems
Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Recovery Management Systems
Corporation
dba LOWES CONSUMER
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

/jas

Resurgens Orthopeadics
PO Box 720580
Atlanta, GA 30358-2580

Sallie Mae
P.O. Box 4600
Wilkes Barre, PA 18773

Sallie Mae, Inc. on behalf of
United Student Aid Funds, Inc.
P. O. Box 9430
Wilkes-Barre, PA   18773-9430

South Atlanta Pediatrics, PA
251 Medical Way
Suite A
Riverdale, GA 30274-4904

South Atlanta Rad Associates
PO Box 371863
Pittsburgh, PA 15250-7863

Southern Gastroenterology
4865 Bill Garnder Parkway
Locust Grove, GA 30248-3644

Total Card,Inc
PO Box 89725
Sioux Falls, SD 57109-9725

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta GA 30303-3315

Wells Fargo
P.O. Box 6412
Carol Stream, IL 60197-6412

YUMA Regional Medical Center
PO Box 650534
Dallas, TX 75265-0534

Brian M. Torba
Wattel & York
2175 North Alma School Rd
Suite B107
Chandler, AZ 85224-2881

/jas

Henry Anesthesia Associates
PO Box 102966
Atlanta, GA 30368-2966

Henry County Radiology
PO Box 15250
Stockbridge, GA 30281

IRS
401 W. Peachtree St., NW
Stop #334-D
Room 400
Atlanta, GA 30308

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JEFFERSON CAPITAL SYSTEMS
PO BOX 7999
SAINT CLOUD MN 56302-7999

LTD Financial Services, LP
7322 Southwest Freeway
Suite 1600
Houston, TX 77074-2134

Lendmark Financial Services
875 Flat Shoals Road
Conyers, GA 30094-6638

Linebarger Goggan Blair & Sampson,
233 Wacker Drive
Chicago, IL 60601-5104

McDonough General Surgery
366 Racetrack Road
McDonough, GA 30252-1022

Medcorp Billing Services
PMB 305
5200 Dallas Hwy, Suite 200
Powder Springs, GA 30127-6238

MEDICAL DIAGNOSTIC IMAGING
GROUP
PO BOX 17049
PHOENIX AZ 85011-0049

Medical Recovery Services, LLC
P.O. Box 10
Lowndesboro, Al 36752-0010

Metro Ambulance Services, Inc.
PO Box 198408
Atlanta, GA 30384-8408

Midland Funding LLC
by American InfoSource LP
PO Box 4457
Houston, TX  77210-4457

NSH Cips G
PO Box 935561
Atlanta, GA 31193-5561

Nationwide Advantage Mortgage Co
PO BOX 919000
Des Moines, IA 50391-5503

Nationwide Mortgage
7760 Office Plaza Dr.
West Des Moines, IA 50266-2336

Optimal Readings Professional
Services
75 Remittance Dr - DPT 6349
Chicago, IL 60675-6349

PRA Receivables Management, LLC
POB 41067
NORFOLK VA 23541-1067

Piedmont Healthcare
Solutions Center
Bldg. 2, 5th Floor
2727 Paces Ferry Rd SE
Atlanta, GA 30339-4053

Portfolio Investments II LLC
c/o Recovery Management Systems
Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

/jas

Receivable Management Group, Inc.
2901 University Ave
#29
Columbus, GA 31907-7601

Recovery Management Systems
Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Recovery Management Systems
Corporation
dba LOWES CONSUMER
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Resurgens Orthopeadics
PO Box 720580
Atlanta, GA 30358-2580

Sallie Mae
P.O. Box 4600
Wilkes Barre, PA 18773

Sallie Mae, Inc. on behalf of
United Student Aid Funds, Inc.
P. O. Box 9430
Wilkes-Barre, PA   18773-9430

South Atlanta Pediatrics, PA
251 Medical Way
Suite A
Riverdale, GA 30274-4904

South Atlanta Rad Associates
PO Box 371863
Pittsburgh, PA 15250-7863

Southern Gastroenterology
4865 Bill Garnder Parkway
Locust Grove, GA 30248-3644

/jas