UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| JOHNNY DAVIS, Jr. | } | CASE NO. A09-77808-BEM |
| ELECTRA ANITA DAVIS, | } | |
|     DEBTOR(S) | } | JUDGE ELLIS-MONRO |
| | } | |
| MARY IDA TOWNSON, | } | |
| CHAPTER 13 TRUSTEE, | } | |
|     MOVANT | } | |
| | } | |
| vs. | } | |
| | } | |
| GA. DEPT. OF BEHAVIOR, HEALTH & DEV. | } | |
| DISABILITIES, GA REGIONAL HOSP -ATL, | } | |
|     RESPONDENT(S) | } | |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CLAIM

COMES NOW, Mary Ida Townson, Standing Chapter 13 Trustee in the above-styled matter, and files this Objection to Claim, respectfully showing the Court as follows:

1.

The Debtors filed for relief under Chapter 13 of Title 11 on July 8, 2009. The plan was confirmed by the Court on September 22, 2009.

2.

On November 4, 2014, GA. Dept. of Behavior, Health & Dev. Disabilities, GA Regional Hosp -ATL filed a general unsecured claim in the amount of $135.82 (Claim No. 16-1 on the Court's Claims Register).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

3.

This claim was filed after the claims bar date, in violation of Fed. R. Bankr. P. 3002(c).

WHEREFORE, based on the foregoing, the Chapter 13 Trustee respectfully moves the Court for an Order disallowing Claim No. 16-1 of GA. Dept. of Behavior, Health & Dev. Disabilities, GA Regional Hosp -ATL and for such other and further relief as the Court may deem just and proper.

Respectfully submitted this 12th day of July, 2017.

                         /s/
Sonya M. Buckley
Attorney for the Chapter 13 Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: } | CHAPTER 13 |
| } | |
| JOHNNY DAVIS, Jr. } | CASE NO. A09-77808-BEM |
| ELECTRA ANITA DAVIS, } | |
|     DEBTOR(S) } | JUDGE ELLIS-MONRO |
| } | |
| MARY IDA TOWNSON, } | |
| CHAPTER 13 TRUSTEE, } | |
|     MOVANT } | |
| } | |
| vs. } | |
| } | |
| GA. DEPT. OF BEHAVIOR, HEALTH & DEV. } | |
| DISABILITIES, GA REGIONAL HOSP -ATL, } | |
|     RESPONDENT(S) } | |

**NOTICE OF HEARING ON OBJECTION TO CLAIM**

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed an Objection to Claim seeking an Order disallowing the claim.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **August 15, 2017** at **11:00 a.m.** in **Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA 30303**.

Your rights may affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk of Court.

                                                                              /s/
                                          Sonya M. Buckley
                                          Attorney for the Chapter 13 Trustee
                                          GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

# CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR(S):

Johnny Davis, Jr.
8571 Guthrie Drive
Riverdale, GA 30274

Electra Anita Davis
8571 Guthrie Drive
Riverdale, GA 30274

ATTORNEY FOR DEBTOR(S):

Clark & Washington
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341

CREDITOR(S):

GA. Dept. of Behavior, Health & Dev. Disabilities,
GA Regional Hosp -ATL
c/o DBHDD
Attn: Gregory A. Bagley, Attorney
2 Peachtree St, NW, Ste 22-250
Atlanta, GA 30303

in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 12th day of July, 2017.


　　　　/s/
Sonya M. Buckley
Attorney for the Chapter 13 Trustee
GA Bar No. 140987



Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com