**IT IS ORDERED as set forth below:**

**Date: August 23, 2017**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

IN RE:                              }   CHAPTER 13
                                    }
JOHNNY DAVIS, Jr.                   }   CASE NO. A09-77808-BEM
ELECTRA ANITA DAVIS,                }
    DEBTOR(S)                       }   JUDGE ELLIS-MONRO
_____}
                                    }
MARY IDA TOWNSON,                   }
CHAPTER 13 TRUSTEE,                 }   CONTESTED MATTER
    OBJECTOR,                       }
                                    }
        v.                          }
                                    }
GA. DEPT. OF BEHAVIOR,              }
HEALTH & DEV. DISABILITIES,         }
GA REGIONAL HOSP -ATL,              }
    CLAIMANT.                       }
```

### ORDER ON TRUSTEE'S OBJECTION TO CLAIM 16-1

The Chapter 13 Trustee's Objection to Claim 16-1 came before this Court at a hearing held August 15, 2017 at 11:00 a.m. The Trustee's Objection alleged the Claimant's Proof of

Claim was filed after the claims bar date, in violation of Federal Rules of Bankruptcy Procedure, Rule 3002(c) and, as a result, requested Claim 16-1 in the amount of $135.82 be disallowed in its entirety.  As no opposition to the Trustee's Objection was heard at the call of the Court's calendar, it is hereby

ORDERED that the Trustee's Objection is SUSTAINED and that Claim 16-1 on the Court's Claims Register is DISALLOWED.

The Clerk of Court shall serve a copy of this Order on all parties appearing on the attached Distribution List.

**END OF DOCUMENT**

Order Presented By:

_____/s/_____
Sonya M. Buckley, Staff Attorney
Mary Ida Townson
Standing Chapter 13 Trustee
GA Bar No.: 140987
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com

**DISTRIBUTION LIST**

Johnny Davis, Jr.
8571 Guthrie Drive
Riverdale, GA 30274

Electra Anita Davis
8571 Guthrie Drive
Riverdale, GA 30274

Clark & Washington
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341

GA. Dept. of Behavior,
Health & Dev. Disabilities,
GA Regional Hosp -ATL
c/o DBHDD
Attn: Gregory A. Bagley, Attorney
2 Peachtree St, NW, Ste 22-250
Atlanta, GA 30303

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303