UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: <br>     JOHNNY DAVIS, JR. <br>     ELECTRA ANITA DAVIS <br>         Debtor(s) | Case No. A09-77808-BEM |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Mary Ida Townson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/08/2009.

2) The plan was confirmed on 09/22/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/05/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/11/2013, 03/07/2014.

5) The case was completed on 09/29/2014.

6) Number of months from filing to last payment: 63.

7) Number of months case was pending: 99.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,303.00.

10) Amount of unsecured claims discharged without payment: $138,722.35.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $38,162.82 |
| Less amount refunded to debtor | $63.71 |
| **NET RECEIPTS:** | **$38,099.11** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,950.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,846.44 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,796.44** |

Attorney fees paid and disclosed by debtor:        $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN HONDA FINANCE | Unsecured | 20,889.00 | 9,870.25 | 9,870.25 | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE | Secured | 23,450.00 | 23,315.13 | 23,315.13 | 23,315.13 | 3,402.05 |
| Chase Bank USA, N.A. | Unsecured | NA | 1,777.86 | 1,777.86 | 0.00 | 0.00 |
| FEDEX EMPLOYEES CREDIT ASSOCI | Unsecured | 18,404.00 | 18,573.66 | 18,573.66 | 0.00 | 0.00 |
| FIA CARD SVCS NA A/K/A BANK OF | Unsecured | NA | 700.96 | 700.96 | 0.00 | 0.00 |
| GA DEPT. BEHAVORIAL HEALTH & D | Unsecured | 136.00 | 135.82 | 135.82 | 0.00 | 0.00 |
| GEORGIA DEPT OF REVENUE | Unsecured | NA | 4.50 | 4.50 | 0.00 | 0.00 |
| GEORGIA DEPT OF REVENUE | Priority | 600.00 | 309.00 | 309.00 | 309.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,390.00 | 4,430.59 | 4,430.59 | 4,430.59 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,163.35 | 1,163.35 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 4,349.26 | 4,349.26 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 3,986.00 | 3,123.08 | 3,123.08 | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Unsecured | 152.00 | 185.51 | 185.51 | 0.00 | 0.00 |
| NATIONWIDE ADVANTAGE MORTGA | Secured | 140,000.00 | 3,374.30 | 3,374.30 | 845.90 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, I | Unsecured | NA | 1,991.85 | 1,991.85 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, I | Unsecured | 5,723.00 | 4,037.96 | 4,037.96 | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 1,004.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 741.00 | NA | NA | 0.00 | 0.00 |
| LENDMARK FINANCIAL SERVICES | Unsecured | 12,665.00 | NA | NA | 0.00 | 0.00 |
| FEDEX EMPLOYEES CREDIT UNION | Unsecured | 15,541.00 | NA | NA | 0.00 | 0.00 |
| FEDEX EMPLOYEES CREDIT UNION | Unsecured | 5,917.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 656.00 | NA | NA | 0.00 | 0.00 |
| BEST PASS | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF SANTA MONICA | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| DENTAL ONE | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| FAYETTEVILLE DENTAL GROUP | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAM | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| LTD FINANCIAL SERVICES | Unsecured | 2,299.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SERVICES LLC | Unsecured | 698.52 | NA | NA | 0.00 | 0.00 |
| SOUTH ATLANTA PEDIATRICS | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 4,913.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BAY AREA CREDIT SERVICES | Unsecured | 871.00 | NA | NA | 0.00 | 0.00 |
| BUREAU OF MEDICAL ECONOMICS | Unsecured | 1,434.00 | NA | NA | 0.00 | 0.00 |
| EMERGINET SRMC, LLC | Unsecured | 1,294.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DIAG-IMAGING-YUMA | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| METRO AMBULANCE SERVICES | Unsecured | 855.00 | NA | NA | 0.00 | 0.00 |
| OPTIMAL READINGS PROFESSIONAL | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| RESURGENS ORTHOPEADICS | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN REGIONAL | Unsecured | 3,204.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST EMERGENCY PHYS | Unsecured | 646.00 | NA | NA | 0.00 | 0.00 |
| YUMA REGIONAL MEDICAL CENTER | Unsecured | 22,233.00 | NA | NA | 0.00 | 0.00 |
| GA REG HOSP OF ATLANTA | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| MCDOUNOUGH GENERAL SURGERY | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| MEDCORP BILLING SERVICES | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| NSH CIPS G | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| PIEDMONT HEALTHCARE, INC | Unsecured | 1,516.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT GROUP | Unsecured | 996.00 | NA | NA | 0.00 | 0.00 |
| AKSTEIN EYE CENTER | Unsecured | 117.01 | NA | NA | 0.00 | 0.00 |
| BREG, INC. | Unsecured | 17.62 | NA | NA | 0.00 | 0.00 |
| HENRY COUNTY RADIOLOGY | Unsecured | 34.41 | NA | NA | 0.00 | 0.00 |
| OPTIMUSMED, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PIEDMONT FAYETTE HOSPITAL | Unsecured | 277.52 | NA | NA | 0.00 | 0.00 |
| SOUTHEASTERN REGIONAL MEDICA | Unsecured | 4,728.35 | NA | NA | 0.00 | 0.00 |
| VANDA, LLC | Unsecured | 3,669.00 | 3,800.86 | 3,800.86 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,374.30 | $845.90 | $0.00 |
| Debt Secured by Vehicle | $23,315.13 | $23,315.13 | $3,402.05 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$26,689.43** | **$24,161.03** | **$3,402.05** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,739.59 | $4,739.59 | $0.00 |
| **TOTAL PRIORITY:** | **$4,739.59** | **$4,739.59** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$49,714.92** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,796.44 |
| Disbursements to Creditors | $32,302.67 |
| **TOTAL DISBURSEMENTS** : | **$38,099.11** |

     12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/19/2017                     By: /s/ Mary Ida Townson
                                                       Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| JOHNNY DAVIS, JR. ) | |
| ELECTRA ANITA DAVIS ) | CASE NO. A09-77808-BEM |
| ) | |
| DEBTORS ) | |

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

   JOHNNY DAVIS, JR.
   8571 GUTHRIE DRIVE
   RIVERDALE, GA  30274


   ELECTRA ANITA DAVIS
   8571 GUTHRIE DRIVE
   RIVERDALE, GA  30274

By consent of the parties, the following have received an electronic copy of the foregoing through the Court's Electronic Case Filing System.

   CLARK & WASHINGTON

DATED:  10/19/2017

                                                        /S/
                                           Mary Ida Townson, Chapter 13 Trustee
                                           State Bar No. 715063
                                           191 Peachtree Street
                                           Suite 2200
                                           Atlanta, GA  30303-1740
                                           (404) 525-1110
                                           maryidat@atlch13tt.com

**UST Form 101-13-FR-S (9/1/2009)**