# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re:  Debtor(s)

**Johnny Davis Jr**
8571 Guthrie Drive
Riverdale, GA 30274

**xxx–xx–5675**

**Electra Anita Davis**
8571 Guthrie Drive
Riverdale, GA 30274

**xxx–xx–5670**

Case No.:  **09–77808–bem**
Chapter:  **13**
Judge:  **Barbara Ellis–Monro**

## ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

It appearing that the case of the above–named Debtor(s) was discharged by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:

1.  The account of the Chapter 13 Trustee is allowed and approved;
2.  The Chapter 13 Trustee is discharged and relieved of the trust;
3.  The estate is closed; and
4.  The Clerk shall mail a copy of this order to the Debtor, the Attorney for the Debtor(s), and the Chapter 13 Trustee.

_____

Barbara Ellis–Monro
United States Bankruptcy Judge

Dated:  October 20, 2017

Form 214